# United States Bankruptcy Court
# Central District of California

| In re:<br>Marshall Samuel Sanders | CASE NO.: 8:14–bk–11663–ES |
|---|---|
| | DATE OF FILING: 3/18/14 |
| | CHAPTER.: 11 |

## NOTICE OF DISMISSAL OF CASE IF REQUIRED DOCUMENTS ARE NOT FILED

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on the above date through the court's Case Management/Electronic Case Filing (CM/ECF) system without the following documents and/or information as required by FRBP 1007 and LBRs 1002–1 and 1007–1(a):

- ☐ Master Mailing List (List of Creditors) which must include the name, mailing address, and zip code of each creditor listed in Schedules D,E, and F [FRBP 1007; LBRs 1002–1 and 1007–1(a)(1) and (2)]
- ☐ List of Creditors must be uploaded in CM/ECF in text (.txt) format in accordance to section 2–1(a)(1)(C) of the Court Manual
- ☐ Debtor's actual street address must be provided in addition to any post office box address [LBR 1002–1(a)]
- ☐ Statement of Social Security Number(s) (OFFICIAL FORM B21) (Individual debtors only) must be submitted in accordance to section 3–6(b) of the Court Manual [FRBP 1007(f); LBR 1002–1]
- ☑ List of 20 Largest Unsecured Creditors (Official Form 4) (chapter 9 and 11 cases only) [FRBP 1007(d); LBR 1002–1]
- ☐ Electronic Filing Declaration (only for electronically filed petitions)

**NOTICE IS HEREBY GIVEN** that the debtor and/or debtor's attorney must submit the above stated documents and/or information within 72 hours from the date of this notice or the case will be dismissed without further notice by the Court.

| BY THE COURT | KATHLEEN J. CAMPBELL, CLERK OF COURT |
|---|---|
| Dated: March 18, 2014 | By: Cynthia Beezer<br>Deputy Clerk |

ndcrnf–van197 (09/2013)                                                                                   **5 / BEE**