United States Bankruptcy Court
Central District of California

In re:  
Marshall Samuel Sanders  
      Debtor

Case No. 14-11663-ES  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-8      User: tshimizuC      Page 1 of 1      Date Rcvd: Mar 18, 2014  
                      Form ID: nfeeinst      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2014.  
db          +Marshall Samuel Sanders,   1621 Kensing Ln,   Santa Ana, CA 92705-3074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2014                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2014 at the address(es) listed below:  
           United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov  
                                                                                                       TOTAL: 1

**United States Bankruptcy Court**
**Central District Of California**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE FOR PAYMENT OF FILING FEES IN INSTALLMENTS

**DEBTOR(S) INFORMATION:**
Marshall Samuel Sanders
**SSN:** xxx−xx−7338
**EIN:** N/A

1621 Kensing Ln
Santa Ana, CA 92705

**BANKRUPTCY NO.**  8:14−bk−11663−ES
**CHAPTER**  11

The application in this proceeding for leave to pay the filing fee in installments is granted, and it is hereby ordered that the Debtor pay the filing fees herein, amounting to the sum of $1213.00 as follow:

1) $404.33 due on or before 04/02/2014
2) $404.33 due on or before 04/16/2014
4) $404.34 due on or before 05/02/2014

Each installment must be paid in full. Lesser amounts will not be accepted. Enclose one copy of this notice with each payment and write your case number on the remittance. This is necessary to identify the payment so that proper credit may be given to you.

IT WAS FURTHER ORDERED that until the filing fee is paid in full, the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

Payment must be made by **U.S. POSTAL MONEY ORDER or CASHIER'S CHECK, payable to the "UNITED STATES BANKRUPTCY COURT"**, and be paid in person or by mail to the address listed below.

United States Bankruptcy Court
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701−4593

Dated: March 18, 2014

For The Court,
**Kathleen J. Campbell**
Clerk of Court

Form nfeeinst−oinst (rev. 10/2011) VAN−51

**4 − 3 / TSH**