United States Bankruptcy Court
Central District of California

In re:  
Marshall Samuel Sanders  
       Debtor

Case No. 14-11663-ES  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-8     User: cbeezerC     Page 1 of 1     Date Rcvd: Mar 18, 2014  
                        Form ID: van197     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2014.  
db          +Marshall Samuel Sanders,    1621 Kensing Ln,    Santa Ana, CA 92705-3074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2014                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2014 at the address(es) listed below:  
            United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov  
                                                                                                                                          TOTAL: 1

| | **United States Bankruptcy Court** <br> **Central District of California** |
|---|---|
| In re: <br> Marshall Samuel Sanders | CASE NO.: 8:14–bk–11663–ES |
| | DATE OF FILING: 3/18/14 |
| | CHAPTER.: 11 |

# NOTICE OF DISMISSAL OF CASE IF REQUIRED DOCUMENTS ARE NOT FILED

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on the above date through the court's Case Management/Electronic Case Filing (CM/ECF) system without the following documents and/or information as required by FRBP 1007 and LBRs 1002–1 and 1007–1(a):

- ☐ Master Mailing List (List of Creditors) which must include the name, mailing address, and zip code of each creditor listed in Schedules D,E, and F [FRBP 1007; LBRs 1002–1 and 1007–1(a)(1) and (2)]
- ☐ List of Creditors must be uploaded in CM/ECF in text (.txt) format in accordance to section 2–1(a)(1)(C) of the Court Manual
- ☐ Debtor's actual street address must be provided in addition to any post office box address [LBR 1002–1(a)]
- ☐ Statement of Social Security Number(s) (OFFICIAL FORM B21) (Individual debtors only) must be submitted in accordance to section 3–6(b) of the Court Manual [FRBP 1007(f); LBR 1002–1]
- ☑ List of 20 Largest Unsecured Creditors (Official Form 4) (chapter 9 and 11 cases only) [FRBP 1007(d); LBR 1002–1]
- ☐ Electronic Filing Declaration (only for electronically filed petitions)

**NOTICE IS HEREBY GIVEN** that the debtor and/or debtor's attorney must submit the above stated documents and/or information within 72 hours from the date of this notice or the case will be dismissed without further notice by the Court.

| BY THE COURT | KATHLEEN J. CAMPBELL, CLERK OF COURT |
|---|---|
| Dated: <u>March 18, 2014</u> | By: <u>**Cynthia Beezer**</u> <br> **Deputy Clerk** |

ndcrnf–van197 (09/2013)                                                                                                       **5 / BEE**