United States Bankruptcy Court
Central District of California

In re:  
Marshall Samuel Sanders  
      Debtor

Case No. 14-11663-ES  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-8         User: admin                  Page 1 of 1                  Date Rcvd: Apr 03, 2014
                        Form ID: pdf042              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2014.  
db             +Marshall Samuel Sanders,    1621 Kensing Ln,    Santa Ana, CA 92705-3074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2014 at the address(es) listed below:  
      Nancy S Goldenberg    on behalf of U.S. Trustee   United States Trustee (SA)     nancy.goldenberg@usdoj.gov  
      United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov  
                                                                                                                               TOTAL: 2

COURT PREPARED

**FILED & ENTERED**

**APR 03 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** reid        **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>Santa Ana</u> DIVISION**

In re:

Marshall Samuel Sanders

CASE NO.: 8:14-bk-11663-ES

CHAPTER: 11

**ORDER RE MOTION TO EXTEND DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**

Debtor(s).    *Motion is docket entry # 19*

On *(insert date)*, the debtor filed a Motion to extend time to file case commencement documents (Motion). Having reviewed the Motion IT IS ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is *April 8, 2014. No further extensions will be granted.*

☐ The Motion is DENIED because (*check all reasons that apply*):

☐ The Motion does not contain an adequate explanation for why more time is needed to file the missing documents.
☐ The Motion is not supported by a declaration under penalty of perjury.
☐ The Motion was filed after deadline for filing missing document(s).
☐ There is no Proof of Service of the Motion on all creditors.
☐ Other:

☐ A hearing on the Motion is set for the following date, time and location:    **Date:**    **Time:**

**Courtroom #**    **Address of courthouse**:

###

Date: April 3, 2014

*Erithe A. Smith* (signature)

Erithe Smith
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 1, 2012    Page 1    F 1007-1.1.ORDER.FILING.DEADLINE