

FILED

APR 1 5 2014

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
CENTRAL DISTRICT OF CALIFORNIA
BY
Deputy Clerk

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

In Re:

Marshall Samuel Sanders

Debtor(s).

CHAPTER 11 (NON-BUSINESS)

Case Number: 8:14-bk-11663-ES
Operating Report Number: 1
For the Month Ending: march 2014

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                    0

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS                                                            0

3. BEGINNING BALANCE:                                              0.00

4. RECEIPTS DURING CURRENT PERIOD:                          3,574.91

5. BALANCE:                                           3,574.91      0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     2,410.92      0.00

7. ENDING BALANCE:                                    1,163.99      0.00

8. General Account Number(s):        1549 48415851
                                     US Bank
   Depository Name & Location:       13471 Newport Ave.
                                     Tustin, CA 92780

---

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

KEY: A = Debit
e✓ = electronic check   [ACH=Auto clghse]   W/T = withdrawal + transfer
O = Paid Bill Using Bank's Bill Pay System online

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 03/19/2014 | V | County of Orange | Parking | 4.50 |
| 03/19/2014 | V | Albertson's | Groceries | 13.64 |
| 03/19/2014 | V | Albertson's | Groceries | 5.36 |
| 03/20/2014 | V | Sally Beauty Co. | Personal Care | 17.14 |
| 03/20/2014 | V | Sprouts | Groceries | 17.58 |
| 03/20/2014 | V | Ralph's | Groceries | 19.43 |
| 03/20/2014 | V | Target | Household | 40.45 |
| 03/20/2014 | A | Costco | Gasoline | 48.05 |
| 03/21/2014 | Db | US Bank | Mobile device Deposit fee | 0.50 |
| 03/21/2014 | Db | US Bank | Non-Sufficient funds fee | 18.00 |
| 03/23/2014 | 629 | Hope Christian Ch. | Photo + 7 frames Purchase | 17.00 |
| 03/25/2014 | 5298 | Clerk of the Court | Irvine traffic ticket fine | 25.00 |
| 03/26/2014 | W/T | Cash | Open DIP Account | 25.00 |
| 03/26/2014 | | Cash | cash-on-hand | 20.00 |
| 03/26/2014 | W/T | Cash | To DIP Account | 5.00 |
| 03/27/2014 | e✓ | ck#632; Walmart | over-the-counter medicine | 3.10 |
| 03/27/2014 | 631 | Ansar Galleries | Groceries | 44.03 |
| 03/27/2014 | 630 | Costco | Groceries | 50.90 |
| 03/28/2014 | 635 | Dr. Chun Kee Ryu M.D | Doctor visit | 12.00 |
| 03/30/2014 | 636 | Hope Christian Church | Charitable Donation / tithe | 450.00 |
| 03/29/2014 | O | Polo Garcia | Gardener (2041) March 2014 | 60.00 |
| 03/29/2014 | ACH | Cox | Cable - tel - Internet svc | 185.52 |
| 03/29/2014 | ACH | Shadowbrook HOA | 2041 (Rental Property) | 120.00 |
| 03/29/2014 | ACH | Golden State Water | 1621 Water Bill (2 mos.) | 460.61 |
| 03/29/2014 | V | USA Gasoline | Gasoline | 20.00 |
| 03/29/2014 | ACH | So. Calif. Edison | Electricity (1621) | 106.53 |
| 03/29/2014 | ACH | Sprint | cell phone Service | 183.97 |
| 03/29/2014 | V | Irvine Orthopaedic | Doctor bill (installment) | 25.- |
| 03/31/2014 | ACH | Foremost Insurance | 209 (Rental Property) | 129.84 |
| 03/31/2014 | 5321 | Well Care | Rx Drug Plan Premium | 22.40 |
| 03/31/2014 | ACH | Waste Management | 1621 Trash pick-up | 110.37 |
| 03/31/2014 | 637 | Hope Christian Church | Tithe | 150.00 |

TOTAL DISBURSEMENTS THIS PERIOD: 2,440.92    0.00

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: **3/24/2014**          Balance on Statement: **81.26**

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 3/26/14 | 100. — |
| 3/27/14 | 9. 20 |
| 3/27/14 | 3. — |
| 3/27/14 | 200. — |
| 3/29/14 | 1,300. — |
| 3/31/14 | 1,754. 80 |

TOTAL DEPOSITS IN TRANSIT          **3,367. xx**  ~~0.00~~

Less Outstanding Checks (a):

See Pg 2 "KEY"

| Check Number | Check Date | Check Amount |
|---|---|---|
| W | 3/26/14 | 25. — |
| W | 3/26/14 | 20. — |
| W | 3/26/14 | 5. — |
| 632 | 3/27/14 | 3. 10 |
| 631 | 3/27/14 | 44. 03 |
| 630 | 3/27/14 | 50. 90 |
| 635 | 3/28/14 | 12. — |
| 636 | 3/30/14 | 450. — |
| ACH | 3/29/14 | 60. — |
| ACH | 3/29/14 | 185. 52 |
| ACH | 3/29/14 | 120. — |
| ACH | 3/29/14 | 460. 61 |
| √ | 3/29/14 | 20. — |
| ACH | 3/29/14 | 106. 53 |
| ACH | 3/29/14 | 183. 97 |
| √ | 3/29/14 | 25. — |
| 637 | 3/31/14 | 150. — |
| ACH | 3/31/14 | 129. 84 |
| ACH | 3/31/14 | 22. 40 |
| ACH | 3/31/14 | 110. 37 |
| 634 | 3/27/14 | 100. — |

TOTAL OUTSTANDING CHECKS:          **2284. 27**  ~~0.00~~

Bank statement Adjustments:          **1163.99**
Explanation of Adjustments-

*None needed.*

ADJUSTED BANK BALANCE:          **1,163.99**  ~~$0.00~~

N/A

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | N/A | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | AAA | 1,046,000.00 | 10/21/2014 | 5/3/14 |
| Worker's Compensation | Included in above Policy | | 10/21/2014 | 5/3/14 |
| Casualty | AAA | 500,000.00 | 10/27/2014 | 5/3/14 |
| Vehicle | AAA | 30,000.00 | 9/26/2014 | 5/3/14 |
| Others: | AAA/Farmers | 50,000.00 | 5/3/2015 | 5/3/14 |

HomE (1621)
2041 Rental Prop.
AutoMobile
209 Rental Prop.

## I.D SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:
(Provide a copy of of montly account statements for each of the below)

|  |  |  |
|---|---|---|
| | General Account: | 1,163.99 |
| *N/A* | Payroll Account: | |
| *N/A* | Tax Account: | |

*Other Accounts:

*Other Monies:

**Petty Cash (from below): ___0.00___

**TOTAL CASH AVAILABLE:**   1,163.99 ~~0.00~~

Petty Cash Transactions:   *N/A*

| Date | Purpose | Amount |
|------|---------|--------|

*N/A*

**TOTAL PETTY CASH TRANSACTIONS:**   0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | To be paid ( Date Paid ) | To be paid ( Amount Paid ) | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 3/31/14 | 2,410.92 | 325.- | 4-30-14 | 325.- | |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | N/A | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | N/A | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:   **No** ✓   Yes ___

_____

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:   **No** ✓   Yes ___

_____

3.
   State what progress was made during the reporting period toward filing a plan of reorganization
   *Contact with all creditors has been attempted or established.*

4. Describe potential future developments which may have a significant impact on the case: *Adversary Proceedings Re mortgages may defeat those liens.*

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.   **No** ✓   Yes ___

_____

1. [enter your name and title here], *Marshall Samuel Sanders*
   declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4/15/14
_____
Date

Principal for debtor-in-possession

*Marshall Samuel Sanders*
*Debtor - in - Possession*