

**FILED & ENTERED**

**APR 29 2014**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARSHALL SAMUEL SANDERS,<br><br>Debtor. | Chapter 11<br><br>CASE NO.  8:14-11663-ES<br><br>**CHAPTER 11 STATUS CONFERENCE ORDER**<br><br><br>Date:    August 21, 2014<br>Time:    10:30 a.m.<br>Place:   Courtroom 5A |

A Chapter 11 Status Conference took place on April 29, 2014 at 10:30 a.m. Appearances were made as noted on the Court's record.

Based upon the Chapter 11 status report filed on behalf of Debtor and/or oral argument and representations made by counsel for the parties at the status conference, and pursuant to 11 U.S.C. § 105, and good cause appearing therefor,

/ / /

/ / /

IT IS HEREBY ORDERED AS FOLLOWS:

_X_    This Status Conference is continued to <u>August 21, 2014 at 10:30 a.m.</u> Debtor shall file an updated status report and serve a copy of the same upon the United States Trustee not later than <u>August 7, 2014</u> unless a plan and disclosure statement is timely filed, in which case the requirement of a status report will be waived.

_X_    <u>July 2, 2014</u> shall be fixed as the last date by which proofs of claim and interest shall be filed. Debtor shall serve notice of the last date to file proof of claims. Notice shall be served upon all creditors not later than <u>May 2, 2014</u>.

_X_    Debtor shall file its plan of reorganization and disclosure statement on or before <u>July 25, 2014</u>. Debtor shall use the court-approved plan and disclosure statement forms. The failure of Debtor to file a plan and disclosure statement by such date will be grounds for dismissal or conversion of this case. The setting of this deadline does not constitute an extension of the exclusivity periods. An extension must be sought by separate motion by Debtor.

###

Date: April 29, 2014

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge