United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 14-11663-ES
Marshall Samuel Sanders                                             Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8        User: admin           Page 1 of 1              Date Rcvd: Apr 29, 2014
                            Form ID: pdf042       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: marshallssanders@yahoo.com Apr 30 2014 02:44:43      Marshall Samuel Sanders,
               1621 Kensing Ln,    Santa Ana, CA 92705-3074
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2014 at the address(es) listed below:
              Casey J OConnell    on behalf of Interested Party   Courtesy NEF ch11ecf@piteduncan.com
              Casey J OConnell    on behalf of Creditor    BANK OF AMERICA, NATIONAL ASSOCIATION
               ch11ecf@piteduncan.com
              Kelly M Raftery    on behalf of Creditor   Wells Fargo Bank, N.A., as trustee, on behalf of the
               holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
               2007-1, its assignees and/or successors, by and throu bknotice@mccarthyholthus.com
              Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA)
               nancy.goldenberg@usdoj.gov
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                              TOTAL: 5

**FILED & ENTERED**

APR 29 2014

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARSHALL SAMUEL SANDERS,<br><br>Debtor. | Chapter 11<br><br>CASE NO.  8:14-11663-ES<br><br>**CHAPTER 11 STATUS CONFERENCE ORDER**<br><br><br><br>Date:   August 21, 2014<br>Time:   10:30 a.m.<br>Place:  Courtroom 5A |

A Chapter 11 Status Conference took place on April 29, 2014 at 10:30 a.m. Appearances were made as noted on the Court's record.

Based upon the Chapter 11 status report filed on behalf of Debtor and/or oral argument and representations made by counsel for the parties at the status conference, and pursuant to 11 U.S.C. § 105, and good cause appearing therefor,

/ / /

/ / /

IT IS HEREBY ORDERED AS FOLLOWS:

_X_ This Status Conference is continued to August 21, 2014 at 10:30 a.m. Debtor shall file an updated status report and serve a copy of the same upon the United States Trustee not later than August 7, 2014 unless a plan and disclosure statement is timely filed, in which case the requirement of a status report will be waived.

_X_ July 2, 2014 shall be fixed as the last date by which proofs of claim and interest shall be filed. Debtor shall serve notice of the last date to file proof of claims. Notice shall be served upon all creditors not later than May 2, 2014.

_X_ Debtor shall file its plan of reorganization and disclosure statement on or before July 25, 2014. Debtor shall use the court-approved plan and disclosure statement forms. The failure of Debtor to file a plan and disclosure statement by such date will be grounds for dismissal or conversion of this case. The setting of this deadline does not constitute an extension of the exclusivity periods. An extension must be sought by separate motion by Debtor.

###

Date: April 29, 2014

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge