Party Name, Address, Telephone & FAX Nos. & Email Address:

Marshall Sanders
1621 Kensing Lane
Santa Ana, CA 92705

**FILED** JUN 27 2014 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**ENTERED** JUN 30 2014 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**LODGED** JUN 27 2014 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re Marshall Samuel Sanders

Debtor(s),

Case No.: 8-14-bk-11663-ES
Chapter: 11
Title: ORDER ~~of Voluntary Dismissal~~ DENYING MOTION TO DISMISS WITHOUT PREJUDICE

☐ No hearing
☐ Hearing

DATE:
TIME:
COURTROOM:
PLACE: 411 W Fourth St
Santa Ana, CA 92701

~~Debtor respectfully requests that the Court dismiss the bankruptcy without prejudice.~~

Debtor's Motion to Dismiss his bankruptcy case is denied without prejudice due to Debtor's failure to file a motion that complies with Rule 2002(a)(4) and Local Bankruptcy Rule 9013-1.

Dated 6/27/14

Hon. Erithe A. Smith

- 1 -