Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074
(714) 665-8012
E-mail: marshallsanders@sbcg.com

**FILED**
**JUL - 1 2014**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ORDER TO CHAMBERS
Date 7-1-14

UNITED SATES BANKRUPCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

[JURISDICTION]

| IN RE: | Case No.: 8:14-bk-11663-ES |
|---|---|
| Marshall Samuel Sanders, | **MOTION TO DISMISS** |
| Debtor and Debtor-in-Possession | |

In accordance with Federal Rules of Bankruptcy Procedure 2002(a)(4), requiring notice to all creditors and the U.S. Trustee, as applies here, such notice previously provided, but provided again herewith, at least 21days' notice by mail of, in a Chapter 11 reorganization case, as here, the hearing on the dismissal of the case. Further, in accordance with Local Bankruptcy Rule 9013-1, the instant Motion to Dismiss is a request for an order of the court, not requiring a noticed hearing.

Dated this 1st of July, 2014.

_____
Marshall Samuel Sanders,
Debtor and Debtor-in-Possession

MOTION TO DISMISS - 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1621 Kensing Lane
Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document entitled (*specify*): Motion to Dismiss

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/01/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 as shown on CM/ECF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/01/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PLEASE SEE ATTACHED LIST.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/01/2014 | Lydia O. Sanders | /s/ Lydia O. Sanders |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:14-bk-11663-ES<br>Central District Of California<br>Santa Ana<br>Tue Jul  1 07:50:22 PDT 2014 | Wells Fargo Bank, N.A., as trustee, on behal<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 |
| CHASE STUDENT LOANS<br>270 PARK AVENUE<br>NEW YORK NY 10017-2070 | COUNTRYWIDE BANK NA<br>100 N TRYON ST<br>CHARLOTTE NC 28202-4000 | Countrywide Bank, NA<br>1199 North Fairfax St Ste 500<br>Alexandria VA 22314-1453 |
| Five Lakes Agency, Inc<br>JPMorgan Chase Bank, NA<br>PO Box 80730<br>Rochester, MI 48308-0730 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Central Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI  48308-0730 | KEY BANK<br>127 PUBLIC SQUARE<br>CLEVELAND OH 44114-1226 | KeyBank N.A.<br>P.O. Box 94968<br>Cleveland, OH 44101-4968 |
| LBS Financial Credit Union<br>PO Box 4860<br>Long Beach, CA 90804-0860 | NATIONAL CITY MORTGAGE<br>3232 NEWMARK DRIVE<br>MIAMISBURG OH 45342-5421 | NATIONAL COLLEGIATE TRUST<br>237 PARK AVENUE STE 21<br>NEW YORK NY 10017-3153 |
| (p)REAL TIME RESOLUTIONS INC<br>PO BOX 36655<br>DALLAS TX 75235-1655 | SALLIE MAE<br>PO BOX 9640<br>WILKES BARRE PA 18773-9640 | SUNTRUST BANK<br>303 PEACHTREE ST NE<br>ATLANTA GA 30308-3201 |
| Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | United States Trustee (SA)<br>411 W Fourth St., Suite 9041<br>Santa Ana, CA 92701-8000 |
| WASHINGTON MUTUAL<br>270 PARK AVENUE<br>NEW YORK NEW YORK 10017-2014 | WELLS FARGO EFS<br>PO BOX 5185<br>SIOUX FALLS ND 57117-5185 | Washington Mutual Bank<br>2273 North Green Valley Prkway Ste 14<br>Henderson NV 89014-5025 |
| Wells Fargo Bank  N A<br>Wells Fargo Education Financial Services<br>301 E 58th Street N<br>Sioux Falls  SD 57104-0422 | Marshall Samuel Sanders<br>1621 Kensing Ln<br>Santa Ana, CA 92705-3074 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
300 N. Los Angeles St.  STOP 5117
Los Angeles, CA  90012

Real Time Resolutions, Inc.
1349 Empire Central Dr., Ste #150
P.O. Box 36655
Dallas, TX 75247

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, NATIONAL ASSOCIATION          (u)Courtesy NEF

End of Label Matrix
Mailable recipients   25
Bypassed recipients    2
Total                 27