United States Bankruptcy Court
Central District of California

In re:                                                                                  Case No. 14-11663-ES
Marshall Samuel Sanders                                                                 Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: rreidC              Page 1 of 1              Date Rcvd: Jun 30, 2014
                              Form ID: pdf042           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: marshallssanders@yahoo.com Jul 01 2014 03:00:47      Marshall Samuel Sanders,
                 1621 Kensing Ln,   Santa Ana, CA 92705-3074
                                                                                                 TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2014 at the address(es) listed below:
              Casey J OConnell    on behalf of Interested Party    Courtesy NEF ch11ecf@piteduncan.com
              Casey J OConnell    on behalf of Creditor    BANK OF AMERICA, NATIONAL ASSOCIATION
               ch11ecf@piteduncan.com
              Greg P Campbell    on behalf of Defendant    PNC Mortgage, A Division of PNC Bank, NA,
               ecfcacb@piteduncan.com
              Greg P Campbell    on behalf of Defendant    Bank of America ecfcacb@piteduncan.com
              Greg P Campbell    on behalf of Defendant    Pite Duncan ecfcacb@piteduncan.com
              Kelly M Raftery    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
               holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
               2007-1, its assignees and/or successors, by and throu bknotice@mccarthyholthus.com
              Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA)
               nancy.goldenberg@usdoj.gov
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 8

Party Name, Address, Telephone & FAX Nos. & Email Address:

Marshall Sanders
1621 Kensing Lane
Santa Ana, CA 92705

FILED
JUN 27 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

ENTERED
JUN 30 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

LODGED
JUN 27 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

Marshall Samuel Sanders

Debtor(s),

Case No.: 8-14-bk-11663-ES

Chapter: 11

Title: ORDER DENYING ~~Voluntary~~ ~~Dismissal~~ MOTION TO DISMISS WITHOUT PREJUDICE

☐ No hearing
☐ Hearing

DATE:
TIME:
COURTROOM:
PLACE: 411 W Fourth St
Santa Ana, CA 92701

~~Debtor respectfully requests that the Court Dismiss the bankruptcy without prejudice.~~

Debtor's Motion to Dismiss this bankruptcy case is denied without prejudice due to Debtor's failure to file a motion that complies with Rule 2002(a)(4) and Local Bankruptcy Rule 9013-1.

Dated 6/27/14

Hon. Erithe A. Smith

- 1 -