Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074
(714) 665-8012
E-mail: marshallssanders@yahoo.com

ORIGINAL

FILED
JUL 11 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ENTERED
JUL 14 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

LODGED
JUL -1 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED SATES BANKRUPCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

[JURISDICTION]

IN RE:

Marshall Samuel Sanders,

Debtor and Debtor-in-Possession

Case No.: 8:14-bk-11663-ES

**ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE**

~~Having now complied with Federal Rules of Bankruptcy Procedure 2002(a)(4) and with Local Bankruptcy Rule 9013-1, the instant Order on Motion to Dismiss without prejudice is presented for review to this honorable Court.~~

~~Having reviewed the applicable rules and the law as pertains thereto; it is hereby ORDERED that the above-referenced bankruptcy case is DISMISSED without prejudice. The associated Adversary Proceeding shall not survive this ORDER but as a consequence of this ORDER is also DISMISSED.~~

The Motion is denied without prejudice due to failure to comply with LBR 9013-1(c)(2), (c)(3)(A)+(B). In addition the Motion fails to state cause for dismissal of the bankruptcy case as required by 11 U.S.C. § 1112(b)(1).

DATED 7/11/14

Hon. Erithe A. Smith
[signature]

ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE - 1