United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 14-11663-ES
Marshall Samuel Sanders                                               Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: rreidC             Page 1 of 1            Date Rcvd: Jul 14, 2014
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/PDF: marshallssanders@yahoo.com Jul 15 2014 02:30:29      Marshall Samuel Sanders,
               1621 Kensing Ln,    Santa Ana, CA 92705-3074
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2014 at the address(es) listed below:
              Casey J OConnell    on behalf of Creditor    BANK OF AMERICA, NATIONAL ASSOCIATION
               ch11ecf@piteduncan.com
              Casey J OConnell    on behalf of Interested Party    Courtesy NEF ch11ecf@piteduncan.com
              Greg P Campbell    on behalf of Defendant    PNC Mortgage, A Division of PNC Bank, NA,
               ecfcacb@piteduncan.com,  gc@ecf.inforuptcy.com
              Greg P Campbell    on behalf of Defendant    Bank of America ecfcacb@piteduncan.com,
               gc@ecf.inforuptcy.com
              Greg P Campbell    on behalf of Defendant    Pite Duncan ecfcacb@piteduncan.com,
               gc@ecf.inforuptcy.com
              Karel G Rocha    on behalf of Plaintiff    LBS Financial CU krocha@pnbd.com
              Kelly M Raftery    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
               holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
               2007-1, its assignees and/or successors, by and throu bknotice@mccarthyholthus.com
              Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA)
               nancy.goldenberg@usdoj.gov
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                              TOTAL: 9

ORIGINAL

Marshall Samuel Sanders
1621 Kensing Lane
Santa Ana, CA 92705-3074
(714) 665-8012
E-mail: marshallssanders@yahoo.com

FILED
JUL 11 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

LODGED
JUL -1 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

ENTERED
JUL 14 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

UNITED SATES BANKRUPCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

[JURISDICTION]

IN RE:

Marshall Samuel Sanders,

Debtor and Debtor-in-Possession

Case No.: 8:14-bk-11663-ES

**ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE**

Having now complied with Federal Rules of Bankruptcy Procedure 2002(a)(4) and with Local Bankruptcy Rule 9013-1, the instant Order on Motion to Dismiss without prejudice is presented for review to this honorable Court.

Having reviewed the applicable rules and the law as pertains thereto; it is hereby ORDERED that the above-referenced bankruptcy case is DISMISSED without prejudice. The associated Adversary Proceeding shall not survive this ORDER but as a consequence of this ORDER is also DISMISSED.

[Handwritten: The Motion is denied without prejudice due to failure to comply with LBR 9013-1(c)(2), (c)(3)(A)+(B). In addition the motion fails to state cause for dismissal of the bankruptcy case as required by 11 U.S.C. § 1112(b)(1).]

DATED 7/11/14

Hon. Erithe A. Smith

[Signature]

ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE - 1