

**FILED & ENTERED**

**AUG 27 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** steinber **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARSHALL SAMUEL SANDERS,<br><br>Debtor. | Chapter 11<br><br>CASE NO. 8:14-11663-ES<br><br>**CHAPTER 11 STATUS CONFERENCE ORDER**<br><br><br>Date:   September 11, 2014<br>Time:  10:30 a.m.<br>Place:  Courtroom 5A |

A Chapter 11 Status Conference took place on August 21, 2014 at 10:30 a.m. Appearances were made as noted on the Court's record.

Based upon the Chapter 11 status report filed on behalf of Debtor and/or oral argument and representations made by counsel for the parties at the status conference, and pursuant to 11 U.S.C. § 105, and good cause appearing therefor,

/ / /

/ / /

IT IS HEREBY ORDERED AS FOLLOWS:

  <u> X </u>   This Status Conference is continued to <u>September 11, 2014 at 10:30  a.m.</u> same date and time set for hearing on Debtor's motion to dismiss case.

###

Date: August 27, 2014

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge