United States Bankruptcy Court
Central District of California

In re:  Case No. 14-11663-ES
Marshall Samuel Sanders  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 1     Date Rcvd: Aug 27, 2014
                     Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db         +E-mail/PDF: marshallssanders@yahoo.com Aug 28 2014 02:30:39      Marshall Samuel Sanders,
             1621 Kensing Ln,    Santa Ana, CA 92705-3074
                                                                                                                           TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2014                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2014 at the address(es) listed below:
           Casey J OConnell     on behalf of Creditor     BANK OF AMERICA, NATIONAL ASSOCIATION
           ch11ecf@piteduncan.com, mrc@ecf.inforuptcy.com
           Casey J OConnell     on behalf of Interested Party     Courtesy NEF ch11ecf@piteduncan.com,
           mrc@ecf.inforuptcy.com
           Greg P Campbell     on behalf of Defendant     PNC Mortgage, A Division of PNC Bank, NA,
           ecfcacb@piteduncan.com, gc@ecf.inforuptcy.com
           Greg P Campbell     on behalf of Defendant     Bank of America ecfcacb@piteduncan.com,
           gc@ecf.inforuptcy.com
           Greg P Campbell     on behalf of Defendant     Pite Duncan ecfcacb@piteduncan.com,
           gc@ecf.inforuptcy.com
           Karel G Rocha     on behalf of Plaintiff     LBS Financial CU krocha@pnbd.com, srichards@pnbd.com
           Kelly M Raftery     on behalf of Creditor     Wells Fargo Bank, N.A., as trustee, on behalf of the
           holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
           2007-1, its assignees and/or successors, by and throu bknotice@mccarthyholthus.com
           Nancy S Goldenberg     on behalf of U.S. Trustee     United States Trustee (SA)
           nancy.goldenberg@usdoj.gov
           United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
                                                                                                                                             TOTAL: 9



**FILED & ENTERED**

AUG 27 2014

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY steinber DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARSHALL SAMUEL SANDERS,<br><br>Debtor. | Chapter 11<br><br>CASE NO.  8:14-11663-ES<br><br>**CHAPTER 11 STATUS CONFERENCE ORDER**<br><br><br>Date:   September 11, 2014<br>Time:  10:30 a.m.<br>Place:  Courtroom 5A |

    A Chapter 11 Status Conference took place on August 21, 2014 at 10:30 a.m. Appearances were made as noted on the Court's record.

    Based upon the Chapter 11 status report filed on behalf of Debtor and/or oral argument and representations made by counsel for the parties at the status conference, and pursuant to 11 U.S.C. § 105, and good cause appearing therefor,

/ / /

/ / /

IT IS HEREBY ORDERED AS FOLLOWS:

  X    This Status Conference is continued to September 11, 2014 at 10:30 a.m.

same date and time set for hearing on Debtor's motion to dismiss case.

###

Date: August 27, 2014

Erithe Smith
United States Bankruptcy Judge