```
Case 8:14-bk-11663-ES    Doc 61    Filed 09/18/14    Entered 09/18/14 15:56:00    Desc
                         Main Document    Page 1 of 2
```

1  PETER C. ANDERSON
   United States Trustee
2  Nancy Goldenberg (Bar No. 140165)
   Attorney for the U.S. Trustee
3  Ronald Reagan Federal Building
   411 West Fourth Street, Suite 9041
4  Santa Ana, CA  92701-8000
   Telephone: (714) 338-3400
5  Facsimile: (714) 338-3421
   Email: Nancy.Goldenberg@usdoj.gov



FILED & ENTERED

SEP 18 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

MARSHALL SAMUEL SANDERS,

               Debtor.

CASE NUMBER:  8:14-bk-11663-ES

CHAPTER 11

ORDER DISMISSING CASE WITH 180-DAY BAR TO RE-FILING AND AWARDING UNITED STATES TRUSTEE QUARTERLY FEES IN THE AMOUNT OF $650

DATE:  September 11, 2014
TIME:  10:30 A.M.
CTRM:   5A

    A hearing on the Debtor's Motion to Dismiss Chapter 11 Pursuant to 11 U.S.C. Section 1112(b) was held by the Court on September 11, 2014 at 10:30 a.m.  Nancy Goldenberg appeared on behalf of the United States Trustee.  All other appearances are as reflected on the record.

    Based upon all pleadings and papers on file in this matter and this Court's ruling:

    //

    //

    //

    //

**IT IS HEREBY ORDERED THAT** this case is dismissed with a 180-day bar to refiling; and

**IT IS FURTHER ORDERED THAT** the U.S. Trustee is granted a judgment in the amount of $650 for U.S. Trustee quarterly fees due and owing

### 

Date: September 18, 2014

Erithe Smith
United States Bankruptcy Judge