United States Bankruptcy Court
Central District of California

In re:                                                                      Case No. 14-11663-ES
Marshall Samuel Sanders                                                     Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: rreidC          Page 1 of 2          Date Rcvd: Sep 18, 2014
                             Form ID: ndwr          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2014.
```
cr               +Wells Fargo Bank, N.A., as trustee, on behalf of t,   c/o McCarthy & Holthus, LLP,
                  1770 Fourth Avenue,   San Diego, CA 92101-2607
34999513         +CHASE STUDENT LOANS,    270 PARK AVENUE,   NEW YORK NY 10017-2070
34999509         +COUNTRYWIDE BANK NA,   100 N TRYON ST,   CHARLOTTE NC 28202-4000
35066010         +Countrywide Bank, NA,   1199 North Fairfax St Ste 500,   Alexandria VA 22314-1453
35090252         +Five Lakes Agency, Inc,   JPMorgan Chase Bank, NA,   PO Box 80730,   Rochester, MI 48308-0730
35040780          JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
                  Rochester, MI  48308-0730
34999516         +KEY BANK,   127 PUBLIC SQUARE,   CLEVELAND OH 44114-1226
35138288         +KeyBank N.A.,   P.O. Box 94968,   Cleveland, OH 44101-4968
34999519         +NATIONAL CITY MORTGAGE,   3232 NEWMARK DRIVE,   MIAMISBURG OH 45342-5433
34999510         +NATIONAL COLLEGIATE TRUST,   237 PARK AVENUE STE 21,   NEW YORK NY 10017-3153
35435998          National Collegiate Trust,   NCO Financial Systems, Inc.,   PO Box 4941,
                  Trenton, NJ 08650-4941
34999512         +SUNTRUST BANK,   303 PEACHTREE ST NE,   ATLANTA GA 30308-3201
35066012         +Washington Mutual Bank,   2273 North Green Valley Prkway Ste 14,   Henderson NV 89014-5025
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db               +E-mail/PDF: marshallssanders@yahoo.com Sep 19 2014 01:55:43     Marshall Samuel Sanders,
                  1621 Kensing Ln,   Santa Ana, CA 92705-3074
smg               EDI: EDD.COM Sep 19 2014 01:43:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
                  P.O. Box 826880,   Sacramento, CA  94280-0001
smg               EDI: CALTAX.COM Sep 19 2014 01:43:00     Franchise Tax Board,   Bankruptcy Section MS: A-340,
                  P.O. Box 2952,   Sacramento, CA  95812-2952
smg               EDI: IRS.COM Sep 19 2014 01:43:00     Internal Revenue Service,   PO Box 7346,
                  Philadelphia, PA  19101-7346
smg              +E-mail/Text: LAROBankruptcy@SEC.gov Sep 19 2014 01:53:34     Securities & Exchange Commission,
                  5670 Wilshire Blvd., 11th Floor,   Los Angeles, CA 90036-5627
35395231          Fax: 562-594-8117 Sep 19 2014 02:06:44     LBS Financial Credit Union,   PO Box 4860,
                  Long Beach, CA 90804-0860
35171937          E-mail/Text: bkdepartment@rtresolutions.com Sep 19 2014 01:53:50
                  Real Time Resolutions, Inc.,   1349 Empire Central Dr., Ste #150,   P.O. Box 36655,
                  Dallas, TX 75247
34999520          EDI: NAVIENTFKASMSERV.COM Sep 19 2014 01:43:00     SALLIE MAE,   PO BOX 9640,
                  WILKES BARRE PA 18773-9640
35040828         +EDI: NAVIENTFKASMSERV.COM Sep 19 2014 01:43:00     Sallie Mae,   c/o Sallie Mae Inc.,
                  220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
35062546         +EDI: STF1.COM Sep 19 2014 01:43:00     SunTrust Bank,   Attn: Support Services,
                  P.O. Box 85092,   Richmond, VA 23286-0001
34999518         +EDI: CHASE.COM Sep 19 2014 01:43:00     WASHINGTON MUTUAL,   270 PARK AVENUE,
                  NEW YORK NEW YORK 10017-2014
34999511         +EDI: WFFC.COM Sep 19 2014 01:43:00     WELLS FARGO EFS,   PO BOX 5185,
                  SIOUX FALLS ND 57117-5185
35082691         +EDI: WFFC.COM Sep 19 2014 01:43:00     Wells Fargo Bank  N A,
                  Wells Fargo Education Financial Services,   301 E 58th Street N,   Sioux Falls SD 57104-0422
                                                                                        TOTAL: 13
```
```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                BANK OF AMERICA, NATIONAL ASSOCIATION
intp              Courtesy NEF
35025129*        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   300 N. Los Angeles St. STOP 5117,
                  Los Angeles, CA  90012)
35066080*         Internal Revenue Service,   Central Insolvency Operations,   PO Box 7346,
                  Philadelphia PA 19101-7346
35157008*         JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
                  Rochester, MI  48308-0730
                                                                        TOTALS: 2, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0973-8          User: rreidC           Page 2 of 2           Date Rcvd: Sep 18, 2014
                             Form ID: ndwr           Total Noticed: 26
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2014 at the address(es) listed below:
          Casey J OConnell    on behalf of Interested Party    Courtesy NEF ch11ecf@piteduncan.com,
          mrc@ecf.inforuptcy.com
          Casey J OConnell    on behalf of Creditor    BANK OF AMERICA, NATIONAL ASSOCIATION
          ch11ecf@piteduncan.com,  mrc@ecf.inforuptcy.com
          Greg P Campbell    on behalf of Defendant    PNC Mortgage, A Division of PNC Bank, NA,
          ecfcacb@piteduncan.com,  gc@ecf.inforuptcy.com
          Greg P Campbell    on behalf of Defendant    Bank of America ecfcacb@piteduncan.com,
          gc@ecf.inforuptcy.com
          Greg P Campbell    on behalf of Defendant    Pite Duncan ecfcacb@piteduncan.com,
          gc@ecf.inforuptcy.com
          Karel G Rocha    on behalf of Plaintiff    LBS Financial CU krocha@pnbd.com, srichards@pnbd.com
          Kelly M Raftery    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
          holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
          2007-1, its assignees and/or successors, by and throu bknotice@mccarthyholthus.com
          Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA)
          nancy.goldenberg@usdoj.gov
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                              TOTAL: 9
```

## United States Bankruptcy Court
## Central District Of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE–FILING

**DEBTOR(S) INFORMATION:**
Marshall Samuel Sanders
**SSN:** xxx–xx–7338
**EIN:** N/A

1621 Kensing Ln
Santa Ana, CA 92705

**BANKRUPTCY NO.**  8:14–bk–11663–ES
**CHAPTER**  11

You are notified that an order was entered **DISMISSING** the above–captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

For The Court,

Dated: September 18, 2014

**Kathleen J. Campbell**
Clerk of Court

(Form ndwr rev. 11/97) VAN–18

**62 / REI**