United States Bankruptcy Court
Central District of California

In re:  
Marshall Samuel Sanders  
    Debtor

Case No. 14-11663-ES  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-8     User: rreidC     Page 1 of 1     Date Rcvd: Sep 18, 2014  
                     Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db         +E-mail/PDF: marshallssanders@yahoo.com Sep 19 2014 01:57:02     Marshall Samuel Sanders,
           1621 Kensing Ln,    Santa Ana, CA 92705-3074
                                                                                                                  TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2014                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2014 at the address(es) listed below:
         Casey J OConnell    on behalf of Creditor     BANK OF AMERICA, NATIONAL ASSOCIATION
          ch11ecf@piteduncan.com,  mrc@ecf.inforuptcy.com
         Casey J OConnell    on behalf of Interested Party    Courtesy NEF ch11ecf@piteduncan.com,
          mrc@ecf.inforuptcy.com
         Greg P Campbell    on behalf of Defendant     PNC Mortgage, A Division of PNC Bank, NA,
          ecfcacb@piteduncan.com,  gc@ecf.inforuptcy.com
         Greg P Campbell    on behalf of Defendant     Bank of America ecfcacb@piteduncan.com,
          gc@ecf.inforuptcy.com
         Greg P Campbell    on behalf of Defendant     Pite Duncan ecfcacb@piteduncan.com,
          gc@ecf.inforuptcy.com
         Karel G Rocha    on behalf of Plaintiff     LBS Financial CU krocha@pnbd.com,  srichards@pnbd.com
         Kelly M Raftery    on behalf of Creditor     Wells Fargo Bank, N.A., as trustee, on behalf of the
          holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
          2007-1, its assignees and/or successors, by and throu bknotice@mccarthyholthus.com
         Nancy S Goldenberg    on behalf of U.S. Trustee     United States Trustee (SA)
          nancy.goldenberg@usdoj.gov
         United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
                                                                                                            TOTAL: 9

PETER C. ANDERSON
United States Trustee
Nancy Goldenberg (Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Nancy.Goldenberg@usdoj.gov



**FILED & ENTERED**

SEP 18 2014

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid        DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MARSHALL SAMUEL SANDERS,<br><br>                    Debtor. | CASE NUMBER:  8:14-bk-11663-ES<br><br>CHAPTER 11<br><br>ORDER DISMISSING CASE WITH 180-DAY BAR TO RE-FILING AND AWARDING UNITED STATES TRUSTEE QUARTERLY FEES IN THE AMOUNT OF $650<br><br>DATE:    September 11, 2014<br>TIME:    10:30 A.M.<br>CTRM:    5A |

    A hearing on the Debtor's Motion to Dismiss Chapter 11 Pursuant to 11 U.S.C. Section 1112(b) was held by the Court on September 11, 2014 at 10:30 a.m.  Nancy Goldenberg appeared on behalf of the United States Trustee.  All other appearances are as reflected on the record.

    Based upon all pleadings and papers on file in this matter and this Court's ruling:

    //

    //

    //

    //

**IT IS HEREBY ORDERED THAT** this case is dismissed with a 180-day bar to refiling; and

**IT IS FURTHER ORDERED THAT** the U.S. Trustee is granted a judgment in the amount of $650 for U.S. Trustee quarterly fees due and owing

###

Date: September 18, 2014

Erithe Smith
United States Bankruptcy Judge