| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JaVonne M. Phillips, Esq., SBN 187474<br>Kelly M. Raftery, Esq., SBN 249195<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, California 92101<br><br>Phone (619) 685-4800 Ext. 1834<br>Fax (619) 685-4810<br>bknotice@mccarthyholthus.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 22 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** duarte    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Marshall Samuel Sanders<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:14-bk-11663-ES<br>CHAPTER: 11<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE: 9/16/2014<br>TIME: 9:30 AM<br>COURTROOM: 5A<br>PLACE: 411 West Fourth Street, Santa Ana |

**Movant: Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1, its assignees and/or successors**

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):* 2007000008779, Orange County, California

    1621 Kensing Lane
    Santa Ana, CA 92705

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

    a.   ☐  Based upon the findings of fact and conclusions of law made on the record at the hearing
    b.   ☐  Unexcused non-appearance by Movant
    c.   ☐  Lack of proper service
    d.   ☐  Lack of good cause shown for relief from stay
    e.   ☐  No stay is in effect under:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                              Page 1                                              **F 4001-1.RFS.DENY.ORDER**

    (1) ☐ 11 U.S.C. § 362(c)(2)(A)

    (2) ☐ 11 U.S.C. § 362(c)(2)(B)

    (3) ☐ 11 U.S.C. § 362(c)(3)(A)

    (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☒ Other *(specify)*: Denied as moot – case dismissed with 180-day bar to re-filing per 109(g)(2)

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: September 22, 2014

*Erithe Smith* (signature)
Erithe Smith
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*     Page 2     **F 4001-1.RFS.DENY.ORDER**