United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 14-11663-ES
Marshall Samuel Sanders                                                         Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8           User: admin                 Page 1 of 1              Date Rcvd: Sep 22, 2014
                               Form ID: pdf042             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: marshallssanders@yahoo.com Sep 23 2014 02:44:02      Marshall Samuel Sanders,
                 1621 Kensing Ln,   Santa Ana, CA 92705-3074
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2014 at the address(es) listed below:
              Casey J OConnell    on behalf of Creditor    BANK OF AMERICA, NATIONAL ASSOCIATION
               ch11ecf@piteduncan.com, mrc@ecf.inforuptcy.com
              Casey J OConnell    on behalf of Interested Party    Courtesy NEF ch11ecf@piteduncan.com,
               mrc@ecf.inforuptcy.com
              Greg P Campbell    on behalf of Defendant    PNC Mortgage, A Division of PNC Bank, NA,
               ecfcacb@piteduncan.com, gc@ecf.inforuptcy.com
              Greg P Campbell    on behalf of Defendant    Bank of America ecfcacb@piteduncan.com,
               gc@ecf.inforuptcy.com
              Greg P Campbell    on behalf of Defendant    Pite Duncan ecfcacb@piteduncan.com,
               gc@ecf.inforuptcy.com
              Karel G Rocha    on behalf of Plaintiff    LBS Financial CU krocha@pnbd.com, srichards@pnbd.com
              Kelly M Raftery    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the
               holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series
               2007-1, its assignees and/or successors, by and throu bknotice@mccarthyholthus.com
              Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA)
               nancy.goldenberg@usdoj.gov
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                              TOTAL: 9

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JaVonne M. Phillips, Esq., SBN 187474<br>Kelly M. Raftery, Esq., SBN 249195<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, California 92101<br><br>Phone (619) 685-4800 Ext. 1834<br>Fax (619) 685-4810<br>bknotice@mccarthyholthus.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 22 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY duarte    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br>Marshall Samuel Sanders<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:14-bk-11663-ES<br>CHAPTER: 11<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE:  9/16/2014<br>TIME:  9:30 AM<br>COURTROOM: 5A<br>PLACE:  411 West Fourth Street, Santa Ana |
|---|---|

**Movant: Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1, its assignees and/or successors**

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):* 2007000008779, Orange County, California

    1621 Kensing Lane
    Santa Ana, CA 92705

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

    a.    ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

    b.    ☐ Unexcused non-appearance by Movant

    c.    ☐ Lack of proper service

    d.    ☐ Lack of good cause shown for relief from stay

    e.    ☐ No stay is in effect under:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                    Page 1                                    F 4001-1.RFS.DENY.ORDER

  (1) ☐ 11 U.S.C. § 362(c)(2)(A)

  (2) ☐ 11 U.S.C. § 362(c)(2)(B)

  (3) ☐ 11 U.S.C. § 362(c)(3)(A)

  (4) ☐ 11 U.S.C. § 362(c)(4)(A)

 f. ☒ Other *(specify)*: Denied as moot – case dismissed with 180-day bar to re-filing per 109(g)(2)


4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: September 22, 2014

Erithe Smith
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 2    **F 4001-1.RFS.DENY.ORDER**